**Order filed, April 6, 2012.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-12-00088-CV

———————

**MARCUS HILES, Appellant**

**V.**

**ARNIE & COMPANY, P.C., Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-42061**

## ORDER

The reporter's record in this case was due **February 6, 2012**, 2012. *See* Tex. R. App. P. 35.1. On March 6, 2012, this court granted Carmen Miller's motion for extension to file the record on or before April 4, 2012. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Carmen Miller**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order; **NO FURTHER EXTENSION WILL BE ENTERTAINED**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Carmen Miller** does not timely

file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM